UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
SHAO CHANG LIN, et al.,

                Plaintiffs,                        **ECF CASE**

      v.

                                                08 Civ. 00022 (DLC)

MICHAEL B. MUKASEY, et al.

               Defendants.                   NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:   Clerk of Court
         United States District Court
         Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
           January 18, 2008

                                                               Respectfully submitted,

                                                               MICHAEL J. GARCIA
                                                               United States Attorney for the
                                                               Southern District of New York

                                     By:    /s/_____
                                                                NATASHA OELTJEN
                                                                Assistant United States Attorney
                                                                86 Chambers Street, 3rd Floor
                                                                New York, New York 10007
                                                               Telephone: (212) 637-2769
                                                               Facsimile: (212) 637-2786
                                                               Email: natalia.oeltjen@usdoj.gov

TO:   Yee Ling Poon, Esq.
         11 E. Broadway, 5th Floor
         New York, NY 10038