(OTE, 5.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

---

SHAO CHANG LIN; XIU LAN LIN; ZHEN XING LIN;
YU CAI ZHANG,

                      Petitioners,

      - against -

MICHAEL B. MUKASEY, Attorney General of the United
States; MICHAEL CHERTOFF, Secretary of Homeland
Security; KEVIN OHLSON, Director of the Executive Office
for Immigration Review, Department of Justice; JUAN
OSUNA, Acting Chairman of the Board of Immigration
Appeals, Department of Justice; DAVID L. NEAL, Chief
Immigration Judge, Executive Office of Immigration Review;
EMILIO GONZALES, Director of the United States
Citizenship and Immigration Services, Department of
Homeland Security; SUSAN RAUFER, Director of the
Lyndhurst, New Jersey Asylum Office, Citizenship and
Immigration Services; ROBERT S. MUELLER, III, Director
of the Federal Bureau of Investigation, Department of Justice,

                      Respondents.

Docket No. 08 Civ. 00022
(DLC) (THK)
A71-495-819
A78-694-155
A78-694-154
A96-224-978

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08

---

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action is dismissed with prejudice and without costs or attorney's fees to any party.

So ordered.

*[signature]*
February 25, 2008

<table>
<tr><td>

New York, New York
February 12, 2008

LAW OFFICES OF YEE LING POON
Attorneys for Petitioner

_____
Yee Ling Poon, Esq.
11 East Broadway, 5th Floor
New York, New York 10038
Tel.   (212) 385-4575
Fax   (212) 385-4792

</td><td>

New York, New York
February 21, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondent

_____
Natasha Oeltjen, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.   (212) 637-2769
Fax   (212) 637-2786

</td></tr>
</table>

SO ORDERED:

_____
Hon. Denise L. Cote
United States District Judge